## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HEATHER PIERCE, | |
| Plaintiff, | Case No. 07CV4579 |
| v. | Judge Darrah |
| PHARMERICA, | Magistrate Judge Soat Brown |
| Defendant. | |

## NOTICE OF FILING

    **PLEASE TAKE NOTICE** that on March 13, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Stipulation to Dismiss, copies of which are attached and hereby served upon you.

Respectfully submitted,

/s/ Alejandro Caffarelli
Attorney for Plaintiffs

Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson Ave., Suite 3150
Chicago, IL  60601
Tel. (312) 540-1230
Fax (312) 540-1231

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER PIERCE, | |
| Plaintiff, | Case No. 07CV4579 |
| v. | Judge Darrah |
| PHARMERICA, | Magistrate Judge Soat Brown |
| Defendant. | |

## STIPULATION TO DISMISS

Plaintiff, Heather Pierce, and Defendant, PharMerica Long-Term Care, Inc., by and through their respective attorneys, hereby stipulate and agree to dismiss this matter with prejudice and with each party bearing her/its own attorney's fees and costs.

| | |
|---|---|
| /s/   Alejandro Caffarelli | /s/       Kenneth A. Jenero |
| One of Plaintiff's Attorneys | One of Defendant's Attorneys |
| | |
| Alejandro Caffarelli | Kenneth A. Jenero |
| Bradley Manewith | Phillip M. Schreiber |
| Caffarelli & Siegel Ltd. | Laura Garofalo |
| Two Prudential Plaza | Holland & Knight LLP |
| 180 N. Stetson, Suite 3150 | 131 South Dearborn Street, 30th Floor |
| Chicago, Illinois 60601 | Chicago, Illinois  60603 |
| (312) 540-1230 | (312) 263-3600 |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the attached, Stipulation to Dismiss, to be served upon the party below by electronically filing with the Clerk of the U.S. District Court of the Northern District of Illinois on March 13, 2008.

Kenneth A. Jenero
Phillip M. Schreiber
Laura Garofalo
Holland & Knight, LLP
131 S. Dearborn Street, 30th Floor
Chicago, IL 60603

Courtesy copies delivered to Judge Darrah.

                 /s/ Alejandro Caffarelli
                 Alejandro Caffarelli
                 Caffarelli & Siegel Ltd.
                 Two Prudential Plaza
                 180 N. Stetson, Suite 3150
                 Chicago, IL 60601